## (September 21, 1959)

■ MARY APPELBAUM et al., Appellants, v. CITY OF LONG BEACH, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ JOHN CHRIS, Appellant-Respondent, v. INTERNATIONAL EXPORT & IMPORT CORP. et al., Respondents, and SOFOCLIS MITARILIS et al., Respondents-Appellants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ JAMES T. CONNOLLY, as Executor of SYLVESTER G. CONNOLLY, Deceased, Respondent, v. EUGENE CONNOLLY et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ DAVEN-WHITE REALTY CORP., Respondent, v. RASHI DEL AMED, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ GRACE HALLIDAY et al., Respondents, v. GREATER NEW YORK ASSOCIATION, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ EDNA HERNLY, Respondent, v. JOSEPH VOGEL, Also Known as JOSEPH SPIELVOGEL, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of the Construction of the Will of MARY E. JONES, Deceased. ROSALIE G. JONES, Appellant; THEODORE B. KLAPPER, as Administrator C. T. A. of the Estate of MARY E. JONES, Deceased, and as Administrator C. T. A. of the Estate of LOUISE E. JONES, Deceased, et al., Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ NUELDA W. JOHNSON, Respondent, v. LLOYD BUNNELL, Appellant, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ HERBERT H. LEVENBERG, Respondent, v. CITY OF NEW YORK et al., Defendants, and MAO ASPHALT CONSTRUCTION CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ NORMA C. MELILLO, Appellant, v. ARTHUR W. MELILLO, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEOPHILUS BATSON, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.